IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ERIC FARROW, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 20-5792 |
| THE CITY OF PHILADELPHIA, et al., | |
| *Defendants.* | |

# ORDER

**AND NOW**, this 1st day of July 2021, upon consideration of Farrow's Second Amended Complaint (ECF 16), Defendants' Motion to Dismiss (ECF 17) and Farrow's Third Motion for Leave to File an Amended Complaint (ECF 18), it is **ORDERED** that Defendants' Motion is **GRANTED** and Farrow's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1